# NO. 22-60674

In the United States Court of Appeals
For the Fifth Circuit

## J. KYLE BASS,

*Petitioner,*

v.

## SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

On appeal from the Securities and Exchange Commission,
NCA 2018-079, Rel. No. 96439, File No. 2023-19

### UNOPPOSED LEVEL 1 MOTION FOR EXTENSION
### OF TIME TO FILE PETITIONER'S OPENING BRIEF

Pursuant to Fifth Circuit Rule 31.4, Petitioner J. Kyle Bass ("Petitioner") respectfully requests a 15-day, Level 1 extension of time to file his Opening Brief. This is Petitioner's first request for an extension of time to file his brief. Respondent, the Securities and Exchange Commission, does not oppose this request.

## I.   Current Deadline

The Clerk of the Court issued a briefing notice on January 24, 2023 stating that Petitioner's brief is due 40 days from that date, making Petitioner's brief due on March 6, 2023 (the 40th day falls on Sunday, March 5). A 15-day extension will make Petitioner's brief due on March 21. This is Petitioner's first requested extension.

## II.   Reason for Extension

Good cause exists for granting this extension. *See* 5TH CIR. R. 31.4.2. Petitioner's counsel have other pressing obligations and deadlines that have overlapped with the current deadline in ways that make it extremely difficult to meet the deadline in this case. These other deadlines include the following:

1. *Ryan Law Firm, LLP v. New York Marine and General Insurance Co.*, No. 1:19-CV-629-RP, in the United States District Court for the Western District of Texas. Jury trial from February 10-17.

2. *United States ex rel. Jackson v. Ventavia Research Group, LLC*, No. 1:21-CV-00008-MJT, in the United States District Court for the Western District of Texas. Oral argument on motions to dismiss scheduled for March 1, 2023.

3. *Curtis Park Group, LLC v. Allied World Specialty Insurance Co.*, No. 1:21-CV-00552-CMA-NRN, in the United States District Court for the District of Colorado. Final pretrial conference scheduled for March 9, 2023.

4. *Huntington Nat'l Bank v. AIG Specialty Ins. Co.*, No. 23-3039, in the United States Court of Appeals for the Sixth Circuit. Opening brief due March 14, 2023.

5. *BlockFi Inc. v. Emergent Fidelity Techs. Ltd. (In re BlockFi Inc.)*, No. 22-01382, in the United States Bankruptcy Court for the District of New Jersey. Proceedings ongoing.

## III.  Extension Sought in the Interest of Justice

This extension of time is sought so that justice may be done in the disposition of this case and is not sought for purposes of delay. Respondent, the Securities and Exchange Commission, has indicated it is not opposed to this request.

## PRAYER

For these reasons, Petitioner J. Kyle Bass respectfully requests that this first motion for extension of time be granted and that the time for filing his Opening Brief be extended to and including March 21, 2023. Petitioner further requests all such other relief to which he may be justly entitled.

February 21, 2023                              Respectfully Submitted,

*/s/ Andrew W. Guthrie*
Andrew W. Guthrie
Texas Bar No. 24078606
Katherine S. Addleman
Texas Bar No. 00905400
Ryan Paulsen
Texas Bar No. 24060397
HAYNES AND BOONE, LLP
2323 Victory Avenue, Ste. 700
Dallas, TX  75219
Telephone: (214) 651-5000
*andrew.guthrie@haynesboone.com*
*kit.addleman@haynesboone.com*
*ryan.paulsen@haynesboone.com*

*Counsel for Petitioner J. Kyle Bass*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred by email with counsel for Respondent, Mr. William Shirey, regarding the relief requested in this motion. Mr. Shirey stated that Respondent does not oppose the relief requested.

*/s/ Andrew W. Guthrie*
Andrew W. Guthrie

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2023, I electronically transmitted the attached document to the Clerk of the Court of the 5th Circuit Court of Appeals using the ECF System of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Andrew W. Guthrie*
Andrew W. Guthrie

## ECF CERTIFICATION

I hereby certify (i) the required privacy redactions have been made pursuant to 5TH CIR. R. 25.2.13; (ii) the electronic submission is an exact copy of the paper document pursuant to 5TH CIR. R. 25.2.1; (iii) the document has been scanned for viruses using Microsoft Defender and is free of viruses; and (iv) the paper document will be maintained for three years after the mandate or order closing the case issues, pursuant to 5TH CIR. R. 25.2.9.

*/s/ Andrew W. Guthrie*
Andrew W. Guthrie

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 415 words, excluding the parts of the motion exempted by FED. R. APP. P. 32(f).

2. Pursuant to FED. R. APP. P. 27(d)(1)(E), this motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word version 2018 in 14-point Equity A font.

*/s/ Andrew W. Guthrie*
Andrew W. Guthrie