# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 23, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

 No. 22-60674    Bass v. SEC
            Agency No. NCA 2018-079

The court has granted an extension of time to and including March 21, 2023, for filing petitioner's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Shea E. Pertuit*
Shea E. Pertuit, Deputy Clerk
504-310-7666

Ms. Katherine S. Addleman
Mr. Andrew W. Guthrie
Mr. Allen Ryan Paulsen
Mr. William Kenneth Shirey